Office of the Clerk
Texas Court of Criminal Appeals
P.O.Box 12308, Capitol Station
Autin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 1 2015

Abel Acosta, Clerk

April 17, 2015

RE: Request Copy of Court's Opinion, Court of Appeals

Dear Clerk:

I am respectfully requesting a copy pf the Fourteenth Court of Appeals Opinion in cause no. COA NO. 14-12-00601-CR.

I have filed a Petition for Writ of Certiorari to the United States Supreme Court seeking further review in my appeal. The Court's Clerk returned my petition pursuant to USSC Rule 14(i)(iii) requesting the 14th Court of Appeals Opinion denying or affirming my conviction, to be attached as an Appendix to the writ application.

Would you please send me a copy so that I may comply with the Court's Rule and filing requirements. Pursuant to this Court Rule 68.4, I attached my only copy to the Petition for Discretionary Review. The TDCJ-CID do not allow offenders to make copy of their court documents.I am a pauper and poor person and cannot afford to purchase or afford the cost for a copy.

My deadline filing date is May 10, 2015. I am requesting your prompt assistance in this matter. Konw that your time and in concern in the above matter is greatly appreciated.

Sincerely,

Anthony Green
TDCJ# 1780136
H.H. Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

cc: filed